UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3488 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 8). On May 4, 2026, the Honorable Margaret M. Garnett requested that Defendants City of New York, GRVC Deputy Warden Lilwania Glover, GRVC Intake Captain Arias, Chief Joseph Caputo, and GRVC Annex Area Supervisor Dillion (together, "Defendants") waive service of summons. (Dkt. No. 7). To date, Defendants have not waived service of summons. By **June 18, 2026**, Defendants shall either waive service of summons or file a letter indicating they are not willing to waive service of summons.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

1. The New York City Department of Correction at 75-20 Astoria Blvd., East Elmhurst, NY 11370.

2. The New York City Law Department at 100 Church Street, New York NY 10007.

3.  Michael E. Megginson 349-260-1147 RNDC 4# Building, Rikers Island, 11-11 Hazen Street, East Elmhurst, NY 11370.

Dated:      New York, New York
            May 29, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**

2