UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

                        Plaintiff,

    -v-

                                                    CIVIL ACTION NO. 26 Civ. 3488 (MMG) (SLC)

CITY OF NEW YORK, et al.,                           **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On May 4, 2026, the Honorable Margaret M. Garnett requested that Defendants City of New York (the "City"), GRVC Deputy Warden Lilwania Glover ("Glover"), GRVC Intake Captain Arias ("Arias"), Chief Joseph Caputo ("Caputo"), and GRVC Annex Area Supervisor Dillion ("Dillion") (together, "Defendants") waive service of summons and complaint (Dkt. No. 1 (the "Complaint")).  (Dkt. No. 7).  On May 29, 2026, Defendants having not waived service, the undersigned ordered Defendants to either waive service or file a letter indicating they are not willing to waive service.  (Dkt. No. 10).  To date, the City, Glover, and Caputo have waived service. (Dkt. Nos. 12; 14–15; 18 (the "Waivers")).  Pursuant to the Waivers, the deadline for Caputo to respond to the Complaint is **July 31, 2026** and the deadline for the City and Glover to respond to the Complaint is **August 11, 2026**.  (Dkt. Nos. 12; 14–15; 18).

The New York City Department of Correction (the "DOC"), however, indicated that they are not able to waive service for Arias and Dillon because the DOC did not have enough information for Dillon and Arias is no longer an employee of the DOC.  (Dkt. Nos. 11; 13; 16). Accordingly, given that the Court previously granted Plaintiff Michael E. Megginson's request to

proceed in forma pauperis, (Dkt. No. 6), the Court **ORDERS** the U.S. Marshals to effectuate service of the summons and Complaint on Dillon and Arias.

The Clerk of Court is respectfully directed to mail a copy of this Order to Michael E. Megginson 349-260-1147 RNDC 4# Building, Rikers Island, 11-11 Hazen Street, East Elmhurst, NY 11370.

Dated:     New York, New York
           June 16, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2