UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3488 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 1, 2026, the Court held in abeyance the deadline for Defendants City of New York (the "City"), Chief Joseph Caputo ("Caputo"), and GRVC Deputy Warden Lilwania Glover ("Glover") to respond to the complaint (Dkt. No. 1 (the "Complaint")) until 21 days after the City filed an electronic waiver of service (the "Waiver") for Defendant Captain Tyranni Dillard ("Dillard"), incorrectly named in the Complaint as Dillion. (Dkt. No. 23).[1]

The Court is now in receipt of the Waiver (Dkt. No. 25), making Dillard's deadline to respond to the Complaint **November 9, 2026**. In the interest of efficiency, the Court **ORDERS** that the City, Caputo, and Glover also respond to the Complaint by **November 9, 2026**.

The Clerk of Court is respectfully directed to:

1. Mail a copy of this Order to Plaintiff Michael E. Megginson 349-260-2094 Otis Bantum Correctional Center, 16-00 Hazen St., East Elmhurst, NY 11370; and

[1] The Court stayed the action as to Defendant GRVC Intake Captain Arias ("Arias") until **August 31, 2027**, on which date the City shall file a letter updating the Court on whether Arias has returned to the United States. (Dkt. No. 23).

2. Update the docket to reflect Plaintiff Michael E. Megginson's updated number 349-260-2094 as stated in his Notice of Change of Address at Dkt. No. 24.

Dated: New York, New York
September 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**