UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3488 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the answer filed by Defendants City of New York (the "City"), Joseph Caputo, Lilwania Glover, and Tyranni Dillard. (Dkt. No. 28).[1] A telephone conference to discuss the parties' interest in participating in a Settlement Conference is scheduled for **December 9, 2026, at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

It is **ORDERED** that the Warden or other official in charge of the Otis Bantum Correctional Center shall produce Plaintiff Michael E. Megginson ("Mr. Megginson") on **December 9, 2026, no later than 11:45 a.m. ET**, to a suitable location within the Otis Bantum

[1] This action is stayed as to Defendant GRVC Intake Captain Arias ("Arias") until August 31, 2027 given that he is presently out of the country. (Dkt. No. 23). By **August 31, 2027**, the City shall file a letter updating the Court on whether Arias has returned to the United States. (Id.)

Correctional Center that is equipped with a telephone for the purpose of participating in a telephone conference with the Court and Defendants' counsel. If the scheduled date and time for the telephone conference presents a hardship, the Warden or Warden's designee should promptly inform the Court by calling (212) 805-0214 or emailing Cave_NYSDChambers@nysd.uscourts.gov.

It is further **ORDERED** that by **November 13, 2026**, Defendants' counsel shall: (1) transmit this order to the Warden of the Otis Bantum Correctional Center and file proof of service, and (2) contact the Otis Bantum Correctional Center to arrange for the appearance of Mr. Megginson at the telephone conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Michael E. Megginson 349-260-2094 Otis Bantum Correctional Center, 16-00 Hazen St., East Elmhurst, NY 11370.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**